No. 93–8032. COOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–8036. TALLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–8037. WATTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–8038. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–8040. WIGGINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–684. IDAHO v. UNITED STATES; and

No. 98–706. HOAGLAND ET AL. v. UNITED STATES. Sup. Ct. Idaho. Certiorari denied. JUSTICE O'CONNOR would grant certiorari. Reported below: 131 Idaho 468, 959 P. 2d 449.

No. 98–983. LACKS v. FERGUSON-FLORISSANT REORGANIZED SCHOOL DISTRICT R–2. C. A. 8th Cir. Motion of Pen American Center et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 98–6177. MONTFORD v. METROPOLITAN DADE COUNTY ET AL., 525 U. S. 1022;

No. 98–6178. MONTFORD v. METROPOLITAN DADE COUNTY POLICE DEPARTMENT ET AL., 525 U. S. 1022;

No. 93–6518. BALDWIN v. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, 525 U. S. 1057;

No. 98–6599. BOULINEAU v. WOZNIAK ET AL., 525 U. S. 1076;

No. 98–6605. McCLANAHAN v. WELLMORE COAL CORP., 525 U. S. 1045;

No. 98–6720. PECK v. CHAFIN, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, WAYNE COUNTY, ET AL., 525 U. S. 1078;

No. 98–6873. WEST v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 525 U. S. 1082;

No. 98–7011. SUMTER v. NATIONAL LABOR RELATIONS BOARD, 525 U. S. 1111; and

No. 98–7044. THOMAS v. DEPARTMENT OF THE NAVY, 525 U. S. 1111. Petitions for rehearing denied.